# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ESTATE OF EDMUND D. SIMON, ESTATE : No. 50 EM 2022
OF MARJORIE P. SIMON ESTATE OF :
ETHEL SIMON, PATRICIA SIMON, :
EXECUTRIX AND AISHA BRADLEY :
:
:
:
              v. :
:
:
CITY OF PHILADELPHIA AND :
FAIRMOUNT PARK SUMMIT PARK EAST :
GENERAL PARTNERSHIP UNIVERSITY :
CITY HOUSING COMPANY :
:
:
PETITION OF: PATRICIA SIMON AND :
AISHA BRADLEY :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of November, 2022, the Application to Exceed the Word Count is DENIED.  Petitioners are allotted 15 days in which to file a perfected Petition for Allowance of Appeal.  No extensions will be granted absent exceptional circumstances.